JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA E. BAUTISTA,<br>    Plaintiff,<br>    v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. 2:20-cv-10592-JAK-JDE<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment,

IT IS HEREBY ORDERED AND DECREED that judgment is entered in favor of Plaintiff.

Date: June 15, 2021

JOHN A. KRONSTADT
United States District Judge